EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 9 2004

at __ o'clock and __ min __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>QUOC VIET HOANG,<br><br>　　　　Defendant. | CR. NO. CR04-00431 HG<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846 and 841] |

INDICTMENT

The Grand Jury charges:

On or about November 3, 2004, in the District of Hawaii, and elsewhere, defendant QUOC VIET HOANG knowingly and intentionally attempted to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable

amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846.

DATED: \_\_\_11/09/04\_\_\_, 2004 at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

\[signature\]
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

\[signature\]
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Quoc Viet Hoang
Cr. No. _____
"Indictment"

2